

COMMUNICATIONS WORKERS OF AMERIC
(AFL-CIO)

and



AT&T Yellow Pages - Midwest

AMERITECH PUBLISHING, INCORPORATE

Collective Bargaining Agreement

Ameritech Publishing Inc. - Com

Effective August 15, 2010

AT&T 00215

**II. Additional Information.**

The Company agrees to furnish only the information provided in this Article. However, additional information may be furnished as mutually agreed upon by the Company and the Union and reasonable charges may be made for such additional information.

## Article 10
### Bargaining Procedures

All collective bargaining with respect to rates of pay, wages, commissions, hours of work, and other terms and conditions of employment shall be conducted by duly authorized representatives of the Union and the Company respectively. Agreements reached as a result of bargaining shall become effective when executed by authorized representatives of the parties except as otherwise provided therein.

The parties shall inform each other in writing of their duly authorized representatives for such bargaining.

## Article 11
### Union Bulletin Boards

**I. Arrangements for Bulletin Boards.**

The Company agrees to install bulletin boards for the exclusive use of the Union in locations accessible to employees for whom the Union is the authorized representative.

**II. Material Permitted on Bulletin Boards.**

The Union agrees to post only notices concerning elections, meetings, reports and other official Union business, and notices of social and recreational activities. The Union agrees, further, that it will post no matter which is against the interest of the Company's operations or the business.

AT&T 00241

# Article 18
## Wage Administration

## I. Basic Wage Rates.

Basic wage rates and locations for each job classification and wage zone are shown in wage progression schedules included in Exhibit A.

## II. Existing Job Classifications and Schedule Progression.

Each employee will be assigned a job classification and to an appropriate wage progression schedule included in Exhibit A. Thereafter, wage progression will generally be in accordance with the wage progression steps.

## III. Credit for Previous Training or Experience.

New employees with specialized training or experience may be given wage progression schedule credit not to exceed the actual length of such training or experience.

## IV. Reassignments.

### A. Same Maximum Rate.

When an employee is reassigned to a job classification with the same maximum rate as applied to the employee's previous job classification, there shall be no change in the employee's wage rate.

### B. Higher Maximum Rate.

When an employee is promoted to a job classification having a higher maximum rate, the wage progression schedule credit shall be the same as in the schedule from which promoted and the employee's wage rate shall be increased effective with the first full payroll period on the new assignment.

AT&T 00245

**C. Lower Maximum Rate.**

In the case of a demotion, voluntary or involuntary, to a job classification with a lower maximum rate, the employee's rate on the wage progression schedule for the lower rated job classification will be the rate applicable for the employee's wage progression schedule. Employees wage rate shall be decreased effective with the first full payroll period on the lower rated job classification.

### Article 19
### Job Classifications and Promotions

The authorized job classifications and wage progression schedules applicable to work performed by employees covered by this Agreement are shown in Exhibit A. Employees shall be classified as to job, based upon the principal duties they regularly perform. They may be required to perform duties within their job classification as well as duties of other job classifications.

**I. Promotion and Refusal Of**

A. Promotions to jobs included under this Agreement shall be based on full consideration by the Company of, ability, and qualifications. If the choice rests between two (2) or more employees whose qualifications for the job are substantially equal, seniority shall govern the selection.

B. Employees shall have the right to refuse a promotion without affecting their status.

AT&T 00246

**C.  Participation in Special Plans.**

Regular part-time and regular limited term part-time employees shall, if otherwise eligible to participate under the terms of such plans, be eligible for coverage under the Comprehensive Health Care Plan, Dental Expense Plan and Vision Care Plan, as follows:

1.  Employees whose part-time equivalent workweek classification is sixteen (16) hours or less shall be eligible by enrollment and payment of 100% of the premiums for such coverage.

2.  Employees whose part-time equivalent workweek classification is seventeen (17) hours through twenty-four (24) hours shall be eligible by enrollment and payment of 50% of the premiums for such coverage.

3.  Employees whose part-time equivalent workweek classification is twenty-five (25) hours or more shall be eligible for such coverage on the same basis as a regular full-time employee.

## Article 22
### Grievance Procedure

The mutual objective of the Company and the Union is to settle all problems at the lowest appropriate level.    Both parties agree that problems should first be discussed in order to resolve them to the greatest extent possible.   Problems, and written grievances should they arise, will all receive just and speedy consideration, and will all be handled without discrimination.

**I.  Definition and Use of Procedure.**

A grievance is a complaint involving the interpretation or application of any of the provisions of this Agreement.  It is agreed between the Company and the Union that the Grievance Procedure will be the means utilized for the settlement of any grievance.

AT&T 00251

## II. Communication.

The parties agree that grievance resolution will be facilitated by timely and candid communication with each other, to the extent possible, on a local basis. While management maintains the right and responsibility to make decisions which affect the business, it will attempt to communicate with the Union.

## III. Steps and Representation.

If a mutually agreeable settlement has not been reached through discussion, the Company and the Union have the obligation to process grievances at each step of the Grievance Procedure. Grievances will be processed in accordance with the following:

**A.** For purposes of attendance at meetings, the parties agree that they will recognize only those representatives of the other party who have been duly authorized according to the provisions of Article 7, Authorized Representatives of the Union and the Company.

**B.** The parties shall be entitled to equal representation in meetings, except that neither party shall have more representatives than indicated below unless the number is increased by mutual consent.

**C.** The presentation of a grievance of an unusual nature directly to a higher level of management may occur, provided such presentation is mutually acceptable to the parties who will process the grievance and provided such level of management shall not be of a higher rank than designated in Step 2.

**D.** Unless otherwise agreed to by the Union and the Company, the grievant shall only participate in Step 1 of the Grievance Procedure.

## IV. Grievance Meetings.

An earnest effort shall be made at each step of the Grievance Procedure by the appropriate Union and Company representatives to meet in a timely manner and to settle grievances to the satisfaction of both parties.

AT&T 00252

**A.** Meetings between authorized representatives of the Union and the Company shall be held upon reasonable notice by either party to the other and at times mutually agreed upon.

**B.** During meetings, the representatives of both parties shall present any pertinent information which may have a bearing upon the issue involved.

**C.** Upon request, the Company will provide all records or information relevant to the grievance to an authorized representative of the Union.

**D.** Both the Company and the Union have a right to investigate the relevant facts relating to the grievance and the parties agree to assist each other in the conduct of such investigation.

## V. Written Grievances.

Grievances may be presented as follows:

**A.** After an employee has placed a grievance in the hands of the Union and a Union representative has informed the Company that the Union will represent the employee in handling such grievance, the Company will not endeavor to settle such grievance with the employee without the consent of the Union.

**B.** Grievances must be presented in writing on a mutually agreed upon form (Exhibit E) and shall contain:

1. A brief but clear statement of the grievance, including the date or dates of the complaint leading to the grievance;

2. The name or names of the employee(s) aggrieved; and

3. The specific provision or provisions (Article(s) and Section(s)) of the Agreement which have allegedly been violated.

AT&T 00253

| Step | Maximum # Attending Mtgs For Each Party | Company Representative | Union Representative |
|---|---|---|---|
| 1st Step | 3 | Immediate supervisor or manager of the Aggrieved Employee or Designated Representative | Representative from Local having jurisdiction over the Aggrieved Employee's work group |
| 2nd Step | 3 | District Manager/Director of the Aggrieved Employee or Designated Representative | Officer from the Local representing the Aggrieved Employee or Chairperson of the Grievance Committee of such Local and such other Representatives Union as the Union may select |
| 3rd Step | 1 | Director-Labor Relations or Designated Representative | International Representative or Designated Representative |

AT&T 00254

## C. Steps.

Step 1 — A written grievance may be submitted by the Union to the Company no later than thirty (30) calendar days after the incident occurs or the grievance shall be considered closed.

Step 2 — A written appeal may be submitted by the Union to the Company if the grievance was not satisfactorily settled at Step 1. If the Union does not submit such written appeal within thirty (30) calendar days from receipt of the Company's written statement in Step 1, the grievance shall be considered closed.

Step 3 — A written appeal may be submitted by the Union to the Company if the grievance was not satisfactorily settled at Step 2. If the Union does not submit such written appeal within thirty (30) calendar days from receipt of the Company's written statement in Step 2, the grievance shall be considered closed.

## VI. Request to Arbitrate.

If a grievance which is arbitrable under Article 23, Arbitration, cannot be settled within thirty (30) calendar days after the date of the initial meeting at the third step, it may be referred to arbitration. However, if a grievance is not settled or referred to arbitration by the Union within seventy-five (75) calendar days after the initial meeting at the third step, it shall be closed without further recourse within the Grievance or Arbitration procedures.

**A.** It is the intention of the parties in this case to close all grievances upon the expiration of such period, whether they be arbitrable or nonarbitrable, but this action does not set precedent for other grievance or arbitration cases.

**B.** The parties agree that the first twelve (12) months of net credited service for a non-commission compensated employee and the first twenty-four (24) months of net credited service for a commission compensated employee shall be considered as a probationary period and that any dismissal effective during such period shall not be subject to arbitration.

AT&T 00255

## VII. Excused Absences and Pay Treatment.

Authorized representatives of the Union, for the handling of grievances, shall be permitted to absent themselves from work in connection with grievance matters, in accordance with the following:

**A.** Authorized union representatives will be excused during their regularly scheduled hours, provided they have given their immediate supervisor notice of the intended absence. Supervisors and union representatives will cooperate in order to meet the needs of the business and to resolve grievances in a timely manner.

**B.** The Company shall pay authorized representatives of the Union, who are Company employees, for time spent solely in joint meetings with management processing grievances at any one of the first two steps of the Grievance Procedure, which results in absence from regularly scheduled hours. Such paid time shall be considered as time worked for the purpose of computing overtime.

**C.** Other Union officials or other employees may attend joint meetings between Company representatives and Union committees of which they are not authorized members, provided it is mutually agreed, in advance, by the appropriate authorized representatives of the parties that the presence of such official or employee is required at the meeting. Time so spent which results in absence from regularly scheduled hours shall be considered as time worked and paid for by the Company only if the appropriate Company representative agrees in advance to such payment.

## VIII. Reinstated Employees.

If, as a result of the Grievance or Arbitration procedure, an employee dismissed by the Company is reinstated with reimbursements, the following shall apply:

**A.** Any reimbursement whether partial or total, which may be granted to the employee for time lost will be computed on

AT&T 00256

basic pay or average earnings, if applicable, less the amount of termination pay received from the Company, and any amount paid to or receivable by the employee as wages in any other employment, and any amount paid to or receivable by the employee as unemployment benefits under any present or future law.

**B.** Unless otherwise agreed to by the parties, in the event of such reinstatement, the period of continuous service shall be considered for all purposes as if the dismissal had not occurred and as if the employee had remained on the payroll.

## IX. Extension of Time Limits.

The time for taking any steps under this Article may be extended or modified in any instance by mutual agreement of the parties.

## X. Settlement with Individual Employee(s).

Nothing in this Agreement shall be construed as restricting the right of an individual employee or a group of employees to settle any grievance with the Company through the regular channels of the Company's administrative organization, provided such settlement is not inconsistent with the terms of this Agreement and provided a representative of the Union has been given an opportunity to be present at such settlement.

**Article 23**
**Arbitration**

## I. Eligibility for Arbitration.

The provisions for arbitration shall apply only to the matters made specifically subject to arbitration in the following paragraph.

If at any time the parties are unable to resolve differences regarding any provision of this Agreement through full and complete use of the grievance procedure set up by Article 22, Grievance Procedure, the matter shall be arbitrated upon written request of either party of this Agreement to other.

AT&T 00257

The procedure for arbitration shall be as follows:

## II. Selection of the Arbitrator.

**A.** Within fifteen (15) calendar days after the filing of the request for arbitration, the President of the Union or the President's authorized representative shall meet with the Director-Labor Relations or the Director's authorized representative to select an impartial arbitrator.

**B.** In the event the persons named in Paragraph II-A fail to agree upon the selection of an arbitrator within thirty (30) calendar days after the date shown on the request for arbitration, the party requesting arbitration may within five (5) calendar days after the expiration of such thirty (30) day period, request the Federal Mediation and Conciliation Service, Washington, D.C., to furnish the Union and the Company a list of seven (7) arbitrators, of whom at least five (5) shall be members of the National Academy of Arbitrators. If the parties are unable to select an arbitrator by agreement, the arbitrator shall be designated from the list by each party, beginning with the party requesting arbitration, alternately striking three (3) names. If no arbitrator has been designated within fifteen (15) calendar days after the date shown on the Federal Mediation and Conciliation Service letter transmitting the list of arbitrators, the right to arbitrate the grievance shall be forfeited and the grievance closed without further recourse under this Agreement.

**C.** If within thirty-five (35) calendar days after the date shown on the request for arbitration, no arbitrator has been agreed upon or no request has been made by the party requesting arbitration to the Federal Mediation and Conciliation Service, Washington, D.C., for a list of arbitrators, as provided in Paragraph II-B, the right to arbitrate the grievance shall be forfeited and the grievance closed without further recourse under this Agreement.

AT&T 00258

### III. Arbitration Hearing and Awards.

The arbitration hearing shall be started within fifteen (15) calendar days, if practicable, of the selection of the impartial arbitrator and carried to a conclusion as expeditiously as possible. A decision and award by the impartial arbitrator shall be rendered within fifteen (15) calendar days, if feasible, of the completion of the hearing.

The impartial arbitrator shall have the power to decide whether or not a particular finding shall have retroactive effect, provided, however, that no retroactivity shall predate the Union's demands for arbitration.

### IV. Authority of the Arbitrator.

The arbitrator shall have no authority to add to, subtract from, or modify any provisions of this Agreement. The decision of the impartial arbitrator will be final and the Company and the Union agree to abide by such decision.

### V. Expenses of Arbitration.

The compensation and expenses of the impartial arbitrator and the general expenses of the arbitration shall be borne by the Company and the Union in equal parts. Each party shall bear the expense of its representatives and witnesses.

### VI. Request for Arbitration.

Any request for arbitration must be in writing and shall be made within seventy five (75) calendar days after the date of the initial meeting at the third step of the grievance procedure unless the failure to make such request shall be excused by the Arbitrator because of extraordinary circumstances, including, but without limitation, newly discovered or previously unavailable material evidence that could not have been discovered or produced by reasonable diligence.

AT&T 00259

## Article 24
## Expedited Arbitration Procedure

**I.  Eligibility for Expedited Arbitration.**
In lieu of the procedures specified in Article 23, Arbitration, of this Agreement, any grievance involving the suspension of an individual employee, except those which also involve an issue of arbitrability, contract interpretation, or work stoppage (strike) activity and those which are also the subject of an administrative charge or court action, shall be submitted to arbitration under the Expedited Arbitration Procedure, set forth as follows, within fifteen (15) calendar days after the filing of a request for arbitration.

**II.  Election of Expedited Arbitration Procedure.**
In all other grievances involving disciplinary action which are specifically subject to arbitration under Article 23, Arbitration, of this Agreement, both parties may, within fifteen (15) calendar days after the filing of the request for arbitration, elect to use the Expedited Arbitration Procedure, set forth as follows. The election shall be in writing and, when signed by authorized representatives of the parties, shall be irrevocable. If such an election is not made within the foregoing time period, the arbitration procedure in Article 23 shall be followed.

**III.  Selection of Umpires.**
As soon as possible after this Agreement becomes final and binding, a panel of three (3) umpires shall be selected by the parties. Umpires shall serve until the termination of this Agreement unless their services are terminated earlier by written notice from either party to the other. The umpire shall be notified of service termination by a joint letter from the parties. The umpire shall conclude services by settling any grievance previously heard. A successor umpire shall be selected by the parties.

**IV.  Procedure for Expedited Arbitration.**

    **A.** Umpires shall be assigned to cases in rotating order designated by the parties. If an umpire is not available for a hearing within ten (10) working days after receiving an assignment, the case

30

will be passed to the next umpire. If no one can hear the case within ten (10) working days, the case will be assigned to the umpire who can hear the case on the earliest date.

**B.** The parties shall notify the umpire in writing on the day of agreement, or date of arbitration demands in suspension cases, of their intent to settle a grievance by expedited arbitration. The umpire shall notify the parties in writing of the hearing date.

**C.** The parties may submit to the umpire prior to the hearing, a written stipulation of all facts not in dispute.

**D.** The hearing shall be informal without formal rules of evidence and without a transcript. However, the umpire shall be satisfied that the evidence submitted is of a type on which the umpire can rely, that the hearing is in all respects a fair one, and that all facts necessary to a fair settlement and reasonably obtainable are brought before the umpire.

**E.** Within five (5) working days after the hearing, each party may submit a brief written summary of the issues raised at the hearing and arguments supporting its position.

## V. Power of the Umpire.
The umpire has no authority to add to, subtract from or modify any provisions of this Agreement.

## VI. Umpire's Decision and its Effects.

**A.** The umpire shall render a decision within five (5) working days after receiving the briefs. The umpire shall provide the parties a brief written statement of the reasons supporting the decision.

**B.** The umpire's decision shall apply only to the instant grievance, which shall be settled thereby. It shall not constitute a precedent for other cases or grievances and may not be cited or used as a precedent in other arbitration matters between the parties unless the decision or a modification thereof is adopted by the written

AT&T 00261

concurrence of the representatives of each party at the final step of the Grievance Procedure.

**C.** In any grievance arbitrated under the provisions of this Article, the Company shall under no circumstances be liable for back pay for more than six (6) months (plus any time that the processing of the grievance or arbitration was delayed at the specific request of the Company) after the date of the disciplinary action. Delays requested by the Union in which the Company concurred shall not be included in such additional time.

**D.** The decision of the umpire will settle the grievance, and the Company and the Union agree to abide by such decision.

**VII. Extension of Time Limits**.

The time limits set forth in this Article may be extended by agreement of the parties or at the umpire's request, in either case only in emergency situations. Such extensions shall not circumvent the purpose of this procedure.

The time limit for requesting arbitration under this Article shall be the same as in Article 23, Arbitration.

**VIII. Expenses of Expedited Arbitration.**

The compensation and expenses of the umpire and the general expenses of the arbitration shall be borne by the Company and the Union in equal parts. Each party shall bear the expense of its representatives and witnesses.

AT&T 00262

**B.** Such former employee upon reengagement shall receive the rate of pay which the employee received at the time of layoff, adjusted for any change in wage level since the layoff, and also adjusted for any change in location or job classification.

**C.** In the event of an emergency, or to meet peak load conditions, laid off employees shall be called in their order of seniority. If they cannot be reached or if they are unable to report for work immediately, occasional or temporary employees may be employed.

**D.** If an offer of reemployment for a regular full-time position is not accepted, the employee will be considered as resigned and no further offers of reemployment will be made.

### Article 28
### Hours and Days of Work

No provision of this Agreement shall constitute a guarantee that forty (40) hours or five (5) full shifts per week shall constitute either the minimum or maximum number of hours of work which may be required by the Company of any employee. The number of hours to be worked is governed by work loads, business requirements, and the law.

**I. Hours of Work.**
A shift shall be the hours of work scheduled for an individual employee for a particular day.

**II. Normal Workweek.**
A normal workweek shall not be more than five (5) full shifts or four (4) full shifts and two (2) half shifts occurring during a calendar week extending from the first shift starting after Saturday midnight to and including the last shift starting before midnight on the following Saturday.

Weekly schedules and shifts will be arranged to fit the needs of the business.

AT&T 00278

### III. Starting and Quitting Time.

Employees shall report on the job or at a specified location at the designated starting time. Employees shall not leave the job until the designated quitting time unless instructed to be at a specified location at quitting time.

### IV. Meal and Relief Periods.

A shift shall include break(s) and exclude lunch:

All employees shall be assigned a fifteen (15) minute break(s) in the following manner:

| Hours Worked in Tour | Number of Breaks |
|---|---|
| Less than 3 hours | 0 |
| 3 to 5 hours | 1 |
| More than 5 hours | 2 |

### V. Schedule Assignments (excluding sales employees).

#### A. Company Initiated Changes.

When a shift within an employee's normal workweek is changed by the Company from one day to another, the employee shall be notified of the change forty-eight (48) hours in advance of the starting time on the earliest day involved in the change. If such notice is not given, the employee shall be paid time and one-half (1-1/2) for the hours worked on the newly scheduled day.

#### B. Employee Initiated Changes.

Changes in weekly schedules or daily shifts, if requested by the employee, shall be handled without penalty to the Company for inadequate notice provided such changes can be arranged with the consent of the supervisor and the employees involved without detrimental effect to the business or the job.

AT&T 00279

# Article 29
# Overtime

## I. Eligibility.

As used in this Article, the term "employee(s)" shall mean all regular and temporary employees and all title classifications except:

Account Executive - Premises
Account Representative – Premises
New Media Account Executive - Premises

## II. Scheduling.

Employees shall be required to work overtime and during nonscheduled periods when required by the needs of the business. A supervisor or some other employee designated by the Company shall authorize all overtime.

## III. Notification.

When employees are required to work overtime, they will, whenever possible, be given notice not later than the beginning of their regular relief period immediately preceding the start of the overtime period.

## IV. Payment.

Overtime (except on a holiday), shall be paid at one and one-half (1-1/2) times the basic weekly wage rate for time worked in excess of forty (40) hours in one calendar week or eight (8) hours in one shift and two times (2x) the basic weekly wage rate for hours worked in excess of forty-nine (49).

An employee who is called to work overtime shall be paid for not less than two (2) hours of overtime provided such overtime does not continue to the beginning of a scheduled hour or does not immediately follow a scheduled hour, in either of which events the minimum payment does not apply. Overtime shall be considered as "immediately" following a scheduled hour even though separated from the scheduled hour by a meal period.

AT&T 00280

## Article 30
## Sunday Pay

Time worked from midnight to midnight on Sunday shall be paid for at the rate of time and one-half (1-1/2) but shall be considered as straight time for purposes of Article 29, Overtime. A Sunday premium shall not be paid for any shift for which time and one-half (1-1/2) is otherwise paid.

The provisions of this Article do not apply to Account Executive - Premises or Account Representative - Premises.

## Article 31
## Holiday Work and Payments

**I.  Holidays Observed.**
The following days will be observed as holidays by Ameritech Publishing, Inc. employees:

> New Year's Day
> Good Friday
> Memorial Day
> Independence Day
> Labor Day
> Thanksgiving Day
> Friday immediately following Thanksgiving Day
> Christmas

**II. Employees whose regular location is in Michigan, Indiana, Illinois and Ohio.**
The week between Christmas and New Year's ("Holiday Week") will be paid time off for regular full-time or part-time and regular limited term employees provided the needs of the business permit, and they are on the active payroll during the Holiday Week. The following will be the scheduled days of the Holiday Week:

> 2010 – Dec 27, 28, 29, 30
> 2011 – Dec 27, 28, 29, 30
> 2012 – Dec 26, 27, 28, 31

AT&T 00281

An employee who is scheduled to work on any day of the Holiday Week will be paid at the regular rate of pay and will be granted time off at the regular rate of pay following the holiday. Such days off will be scheduled within twelve (12) months of the Holiday Week.

### III. Definition of Holiday Pay Treatment.

The term "holiday" as used in this Agreement shall mean the day observed by the Company as the holiday. Holiday pay treatment shall apply to shifts starting on the observed holiday.

### IV. Payment for Holidays Not Worked.

**A.** A regular, regular limited term or temporary employee, full-time or part-time, not required to work on a recognized holiday shall be paid the basic hourly wage rate for the number of hours normally worked on that day.

**B.** No payment will be made if the holiday falls in a period of absence when the employee is on leave of absence.

**C.** Such excused time shall be considered as time worked for the purpose of computing overtime pay.

**D.** An employee who is absent the last shift of the day immediately preceding or the first shift of the day immediately following the holiday shall not be paid for the holiday unless the absence was excused or unless the employee works the holiday.

### V. Payment for Time Worked on a Holiday.

**A.** When an employee, whose weekly schedule includes the holiday, is scheduled to work on the holiday, the employee shall be paid two and one-half (2-1/2) times the basic weekly wage rate for all hours worked.

**B.** Employees scheduled to work on a holiday but who are absent are treated as if they were not scheduled to work on the holiday.

AT&T 00282

**VI. Time Off for Non-observed Holidays.**

Local management will make a serious effort to allow employees who wish to be excused on non-observed holidays to use an Excused Work Day, Floating Holiday or vacation day in accordance with Article 31, Holiday Work and Payments, Article 33, Excused Work Days, or Article 34, Vacations and based on the needs of the business. Such request to be excused from work must be received by the requesting employee's supervisor no less than two (2) weeks before the observation of the holiday.

**Article 32**
**Night Shift Differentials**

**I. Eligibility.**

This Article shall be applicable to regular, regular limited term and temporary employees whose job classifications are listed in Exhibit A, except employees assigned to the job classifications of New Media Account Executive - Premises, Account Executive - Premises and Account Representative - Premises.

**II. Shift Times.**

"Night Shifts" are those shifts ending at or between 7:00 p.m. and 5:59 a.m.

**III. Differential Payment.**

A night shift employee shall be paid a weekly night shift differential in an amount equal to ten percent (10%) of the employee's basic weekly wage rate. The daily night shift differential shall be one-fifth (1/5) of the weekly differential.

**IV. Payments for Partial Shifts.**

A night shift differential shall be paid to an employee who works only part of a scheduled night shift provided one (1) hour of the scheduled time worked falls within the night shift hours set forth above.

AT&T 00283

# Article 33
## Excused Work Days

**I. Eligibility.**

As used in this Article, the term "employee(s)" shall mean regular employees. Each employee who has at least six (6) months of net credited service on January 1 of a calendar year shall be eligible for three (3) excused work days with pay.

**II. Payment.**

Employees who do not work on their paid Excused Work Day shall be paid for the day as if for a normal or standard day worked provided they are on the active payroll of the Company on that Excused Work Day. Employees assigned to the titles Account Executive - Premises, Account Representative - Premises, Account Executive - Telephone, and Account Representative – Telephone and New Media Account Executive – Premise shall be paid based on an employee's basic wage rate only.

**III. Scheduling Excused Work Days.**

One paid Excused Work Day in each calendar year may be designated by the Company for employees in an administrative work group (as designated by the Company) or in any larger group, including the entire Company. Employees (except occasional employees) in any such group for which an Excused Work Day is designated by the Company and who are not otherwise eligible for a paid Excused Work Day shall be excused and paid for such designated day as set forth in Paragraph II, provided they are on the active payroll of the Company on the designated Excused Work Day.

**IV. Employees Absent for Other Reasons on Their Excused Work Days.**

Employees who are on vacation or absent with pay on their paid Excused Work Day for reasons other than having observed it as an Excused Work Day, shall have their paid Excused Work Day rescheduled if a vacation day would have been rescheduled under the same circumstances.

AT&T 00284

## V. Employees Working on Their Paid Excused Work Day.

If employees agree to work on their paid Excused Work Day and the Company determines that the day cannot be rescheduled, they shall be paid as applicable in accordance with the following:

**A.** Employees who agree to work shall receive one (1) day's pay as set forth in Paragraph II above in lieu of their Excused Work Day and shall in addition be paid in accordance with the provisions of this Agreement covering work on a nonscheduled day of work.

**B.** Time worked by an employee on the employee's Excused Work Day shall be considered time worked on a regularly scheduled day of work for all purposes, except as is otherwise expressly provided in this Article.

## VI. Overtime Compensation.

All Excused Work Days will be considered as time worked for purposes of overtime compensation.

## VII. Incremental Hours

One (1) excused work day may be taken by regular full-time employees in increments of two (2) hours subject to the needs of the business; provided, however, that if the length of an employee's scheduled daily shift is not evenly divisible by two (2), the last increment of such excused work day may be less than two (2) hours.

AT&T 00285

## Article 34
## Vacations

**I. Eligibility to Vacations.**

**A.** Regular employees both full-time and part-time shall accrue proportionately vacation based on net credited service during each calendar year subject to the other provisions of this Article as follows:

| Length of Service | Vacation |
|---|---|
| After six (6) months of service | 1 week |
| After twelve (12) months of service | 2 weeks |
| 2 yrs - 6 yrs | 2 weeks |
| 7 yrs - 14 yrs | 3 weeks |
| 15 yrs - 24 yrs | 4 weeks |
| 25 yrs or more | 5 weeks |

NOTE A: If both the six (6) month and twelve (12) month net credited service anniversaries fall within the same calendar year, only two (2) weeks of vacation will be granted within that calendar year, as follows:

| After six (6) months of service | 1 week |
|---|---|
| After twelve (12) months of service | 1 week |

If an employee becomes eligible for a vacation week with six (6) months or one (1) year of net credited service in the month of December, such vacation week may be taken in the following calendar year, provided it is completed prior to April 1 and prior to the taking of any current year's vacation.

Employees may take the number of vacation days for which they are eligible at the beginning of the vacation year per the Eligibility Table at any time during the course of the calendar year, in accordance with Article 34.

AT&T 00286

Note B: The service prescribed above shall be the Net Credited Service as determined by the pension plan administrator.

Note C: A vacation year shall begin January 1 and end December 31. All employees will be required to use all vacation time accrued in the Calendar Year.

Note D: When an employee reaches a milestone anniversary year (for example, seven, fifteen, or twenty-five years) of net credited service, he or she will be eligible to take the additional week of Vacation upon reaching the actual net credited service date. Employee who will celebrate a milestone service anniversary in December of the current Calendar Year will be allowed to use the additional week provided prior to April 1 of the following Calendar Year.

Note E: After employees reach their initial (6) months of net credited service, vacation days are accrued proportionately during the Calendar Year.

**B. Holiday Occurring During Vacation.**
When a holiday recognized by this Agreement falls within an employee's paid vacation period, the employee shall be granted an extra day off with pay in lieu of the holiday. The pay for such day shall be the employee's basic wage rate. The assignment of such day shall be based upon workload requirements and shall be scheduled within one (1) year from the date of the holiday and shall not necessarily be continuous with the vacation period.

**C. Separations through Dismissal, Layoff, Resignation, Retirement or Death.**
An employee who is leaving the Company, unless for reasons of misconduct, will be paid in lieu of all vacation he or she has accrued but has not used in the Calendar Year. To determine the number of vacation of "accrued" current year vacation days for employees who have completed at least six months of service and who are eligible (as noted in a. above) to be paid in lieu of, see the chart on next page:

57

AT&T 00287

| Annual Eligible Vacation Hours | | | | |
|---|---|---|---|---|
| (See eligibility above for number of eligible weeks) | | | | |
| Month Employee Leaves Company or (Credited Month) | 5 days or 1 week (40 hours) | 10 days or 2 weeks (80 hours) | 15 days or 3 weeks (120 hours) | 20 days or 4 weeks (160 hours) | 25 days or 5 weeks (200 hours) |
| Number of "Earned" current Year Vacation Hours | | | | |
| Jan (1) | 3 | 7 | 10 | 13 | 17 |
| Feb (2) | 7 | 13 | 20 | 27 | 33 |
| Mar (3) | 10 | 20 | 30 | 40 | 50 |
| Apr (4) | 13 | 27 | 40 | 53 | 67 |
| May (5) | 17 | 33 | 50 | 67 | 83 |
| Jun (6) | 20 | 40 | 60 | 80 | 100 |
| Jul (7) | 23 | 47 | 70 | 93 | 117 |
| Aug (8) | 27 | 53 | 80 | 107 | 133 |
| Sep (9) | 30 | 60 | 90 | 120 | 150 |
| Oct (10) | 33 | 67 | 100 | 133 | 167 |
| Nov (11) | 37 | 73 | 110 | 147 | 183 |
| Dec (12) | 40 | 80 | 120 | 160 | 200 |

Note: Employees who are service pension eligible and retire from the business with a service pension will be paid out their accrued unused vacation as though it was granted based on the number of years of net credited service and not based on the accrual of vacation language.

If an employee dies before receiving his/her accrued unused vacation for the vacation year, as provided for in Section 1 of this Article, payment in lieu of vacation shall be made for any unused vacation time accrued to the employee's estate.

AT&T 00288

## D. Leaves of Absence and Transfers Prior to Vacation

a. An employee who goes on a leave of absence or is transferred to some other associated company before receiving the accrued vacation to which such employee has become entitled shall, at the employee's election, prior to the time of leaving be given such accrued vacation. If an employee does not elect to take such accrued vacation prior to going on a leave of absence and does not return to work and is not transferred to some other associated company within the vacation year, the employee shall, upon written application to the Company within the vacation year, be entitled to receive an allowance in cash equal to and in lieu of the accrued vacation to which he or she was entitled at the time of leaving.

b. Upon return from an approved leave of absence, employee will be eligible upon return for any vacation for which he or she has been eligible before the first day of disability or leave of absence. Upon that return, during the calendar year, the employee shall use the remaining vacation by the end of the calendar and may schedule up to one week of vacation by March 31 of the following calendar year. The employee will receive payment in lieu of whatever vacation time cannot be scheduled during the calendar year and not used by March 31 of the following calendar year. Should the employee return the next calendar year and the employee has one week or more of accrued but unused vacation from the prior calendar year, the employee will be required to use one week of that vacation by March 31 and the employee will receive payment in lieu of vacation for any accrued vacation greater than one week.

AT&T 00289

### E. Illness Associated with Vacation

    **a.** An employee who becomes ill and notifies his or her supervisor before the beginning of his or her vacation period (normally Saturday midnight) may have that vacation period cancelled and rescheduled.

    **b.** An employee who becomes ill during a vacation period, and notifies his or her supervisor before the beginning of any subsequent contiguous week, may have such subsequent contiguous week cancelled and rescheduled.

    **c.** Such rescheduled vacation week(s) as set out in a. and b. above may not be carried over into the next calendar year except as provided in Section 1, Note A, and shall be scheduled taking into account both the service requirements and preferences of the employee. The Company may at its option require satisfactory medical evidence to substantiate the illness referred to in a. and b.above. For all purposes, the first day of absence under this Section shall be the first day previously scheduled as vacation in the cancelled vacation week.

    **F.** All employees will be required to use all vacation time accrued during the calendar year in which it was accrued. Unless Section D. Leaves of Absence and Transfers Prior to Vacation, sub paragraph b. (above) applies, under no circumstances will employees be paid in lieu of unused vacation.

### II. Scheduling Vacation.

The selection of vacation dates shall be made on the basis of seniority within the appropriate unit except as otherwise provided in this Article. The number of employees in any group who are permitted to be on vacation at the same time shall be governed by force requirements and the needs of the business.

AT&T 00290

### A. Minimum Scheduled Vacation.
In no case shall an eligible employee schedule and take less than one (1) week of vacation in any calendar year.

### B. Day-At-A-Time Vacations.
Vacations shall be scheduled and taken on a calendar week basis except that an employee eligible for two (2) weeks of vacation may schedule and take five (5) days of vacation not "reserved" on a "day-at-a-time" basis or one-half (1/2) "day-at-a-time" basis in the current calendar year. An employee eligible for three (3) weeks of vacation may schedule and take ten (10) days of vacation not "reserved" on a "day-at-a-time" basis or one-half (1/2) "day-at-a-time" basis in the current calendar year. An employee eligible for four (4) weeks of vacation may schedule and take fifteen (15) days of vacation not "reserved" on a "day-at-a-time" basis or one-half (1/2) "day-at-a-time" basis in the current calendar year. An employee eligible for five (5) weeks of vacation may schedule and take twenty (20) days of vacation not "reserved" on a "day-at-a-time" basis or one-half (1/2) "day-at-a-time" basis in the current calendar year.

### C. Scheduling in Two Calendar Years.
Where a payroll week falls in two different calendar years, the week shall be considered in the calendar year in which Monday falls for purposes of scheduling full weeks of vacation.

## III. Vacation Payments.

### A.
Payment for each week of accrued vacation shall be based upon the employee's base wage rate. Vacation shall be considered time worked for purposes of computing overtime payments. Sales Premise/Telephone and Outbound Calling Team, Account Executives, Account Representatives and New Media Account Executive shall be paid at a rate equal to one and one half (1.5) times the base wage rate for the first through fifth weeks of vacation.

AT&T 00291

**B.** Employees whose services are being terminated for any reason, excluding retirement with pension but including all employees granted leaves of absence of more than thirty (30) calendar days, shall be granted, as of the effective date of such service termination, a payment in lieu of any vacation to which they have become eligible under the provisions of this Article.

## Article 35
## Absence & Sickness Payment

**I. Reporting an Illness.**

An employee who is unable to report for duty shall, as soon as possible, notify the employee's supervisor or acting supervisor or other manager prior to the scheduled starting time of the employee's shift. The cause of the absence and its probable duration shall be given.

**II. Absence Due to Illness During the First Seven Days.**

Payments to a regular employee for absence due to personal will be made in accordance with the following:

**A.** If an employee with two (2) years or more of service reports to work and becomes ill during his/her shift, the time not worked during the remaining hours of the shift shall be paid for at his/her basic wage rate, plus applicable shift differential for which the employee is eligible pursuant to Article 32, Night Shift Differentials,

**B.** If an employee with less than two (2) years of service reports to work and becomes ill during his/her shift, the time not worked during the remaining hours of the shift will be unpaid.

**C.** Except as specified in (A) and (B) above, payment for personal illness absence during the first seven (7) consecutive days of absence will be as follows:

AT&T 00292

| Years of Service as of | |
| 1st full day of absence | Illness Payments Start |
| Less than 1 yr | No payment |
| 1 yr but less than 4 yrs | 3rd working day of absence |
| 4 yrs but less than 5 yrs | 2nd working day of absence |
| 5 yrs or more | 1st working day of absence |

Payments will be based on a normal five (5) day workweek.

Accordingly, no employee shall be paid for absence on either of the employee's normally scheduled days off regardless of the employee having been assigned to work on such a day, nor will absence on such a day count in establishing eligibility to such illness payments.

### III. Holidays Occurring During Illness.

If a recognized holiday or the day thus observed, falls within the first seven (7) calendar days of illness, and on which the employee would not be paid for scheduled time lost under the illness payment schedule shown above, the employee shall nevertheless be paid for scheduled time lost on such holiday. If an employee is absent from work because of illness on both the regular work days which immediately precede and follow a holiday, the holiday shall be considered a day of illness and the entire absence shall be handled as any other illness case.

### IV. Return to Work.

On the day before the day on which the employee expects to return to work, the employee shall notify the employee's supervisor or office by telephone or otherwise.

### V. Death in the Family/Critical Illness.

#### A. Excused Time

##### 1. Immediate Family or Close Relative

Upon a death in an employee's immediate family or of a close relative, as defined in the following paragraphs, the employee shall be excused with pay on scheduled work days to discharge obligations placed upon the employee by the

AT&T 00293

death. Such excused time off shall not ordinarily exceed three (3) shifts. The time off with pay shall not start before the day of the death and shall not extend for more than two (2) scheduled shifts beyond the day of the funeral.

Immediate Family is defined as spouse, legally recognized partner, child, stepchild, parent, stepparent, brother, sister, mother-in-law, father-in-law, grandchild, son-in-law, daughter-in-law, or grandparent of either spouse.

Close relative is defined as uncle or aunt living in the same household as the employee at the time of death.

**2. Other Family Members.**
Upon the death of an aunt or uncle not living in the same household, or of an employee's stepbrother or stepsister, the employee shall be granted one (1) shift, with pay, to attend the funeral, provided the funeral occurs on a day the employee is scheduled to work.

**B. Payment.**
Payment for such time will be computed based on the basic wage rate only and any extra payments for evening or night work which would otherwise have been received had the regular scheduled tour been worked. Such excused time off shall be considered as time worked for the purpose of computing overtime pay.

**C. Death Occurring During Vacation.**
If a death in an employee's family, as defined above, occurs while the employee is on vacation, the vacation days may be rescheduled upon the employee's request but not to exceed the number of days to which the employee would have been entitled if the employee had been working. Such requests shall be made to the employee's supervisor as soon as circumstances permit, and if the supervisor requires, shall be supported by documentation of the death.

AT&T 00294

**D. Request for Additional Excused Time.**

The Union and the Company recognize that situations will develop where matters such as death or critical illness among relatives of employees warrant the Company making payment for additional excused time, or granting excused unpaid time. The Union and the Company also recognize that the Company's decision in each case must be based upon the circumstances peculiar to such case.

**VI. Absence Due to Jury Duty or Witness Service.**

An employee who is absent because of jury duty summons or subpoena for service as a witness will be paid for such absence. However, it is expected that the employee who is excused from court duty on any day at a time that will permit the employee to work at the office will communicate with the appropriate management representative for such assignment as is reasonable under the circumstances.

**VII. Basis of Payment for Excused Absence.**

Payments for excused absence made under any of the provisions of this Paragraph shall be at the employee's basic wage rate or average earnings where appropriate, as defined in Exhibit C, and shall be limited to payments for only those shifts within the basic five (5) day workweek which the employee has been assigned to work. Such excused time off shall be considered as time worked for the purpose of computing overtime pay.

**VIII. Part-Time Employees.**

A part-time employee shall be paid for absence due to illness on the same basis as a full-time employee with the same length of service, except that such payments shall not exceed the amount the employee would have received, if the employee had worked the employee's regular schedule of hours.

AT&T 00295

## Job Classifications, Wage Zones and
## Wage Progression Schedules

All job classifications of employees included under the provisions of this Agreement are listed below. Indicated is the location where the Wage Progression Schedules for each classification can be found:

| Job Classification | Wage Progression Schedule |
|---|---|
| Staff Associate I | 1 |
| Staff Associate II | 2 |
| Staff Associate III | 3 |
| Staff Associate IV | 4 |
| Service Representative | 5 |
| Customer Service Specialist | 6 |
| Art Technician | 7 |

The wage rates for the commissioned sales representative's job classifications can be found on Wage Schedule A within this exhibit.

These locations and wage zone(s) are applicable to the above job classifications:

Wage Zone 1

| | | |
|---|---|---|
| Evansville | Columbus | Ann Arbor |
| Indianapolis | Dayton | Flint |
| Mishawaka | Independence | Grand Rapids |
| Uniontown | Toledo | Saginaw |
| Valley View | Lansing | Southfield |
| Chicago | Livonia | Troy |
| | Detroit-Metro Area | Warren |
| | | Waterford |

AT&T 00308

## WAGE SCHEDULE A

The following wage rates for the commissioned sales representatives' job classifications will begin with the August 8, 2010 pay period.

| Account Representative –Telephone* | Annualized | Weekly Rate |
|---|---|---|
| Less than 6 months time on title | $15,451 | $296.00 |
| 6 months time on title | $15,790 | $302.50 |
| 12 months time on title | $16,626 | $318.50 |
| 18 months time on title | $17,513 | $335.50 |

| Account Executive - Telephone | Annualized | Weekly Rate |
|---|---|---|
| 24 months time on title | $18,452 | $353.50 |
| 30 months time on title | $19,418 | $372.00 |
| 36 months time on title | $20,462 | $392.00 |
| 42 months time on title | $21,533 | $412.50 |
| 48 months time on title | $22,681 | $434.50 |
| 54 months time on title | $23,882 | $457.50 |
| 60 months time on title | $25,134 | $481.50 |

| Account Representative – Premise* | Annualized | Weekly Rate |
|---|---|---|
| Less than 6 months time on title | $18,009 | $345.00 |
| 6 months time on title | $18,975 | $363.50 |
| 12 months time on title | $19,967 | $382.50 |
| 18 months time on title | $21,037 | $403.00 |

| Account Executive - Premise | Annualized | Weekly Rate |
|---|---|---|
| 24 months time on title | $22,133 | $424.00 |
| 30 months time on title | $23,307 | $446.50 |
| 36 months time on title | $24,534 | $470.00 |
| 42 months time on title | $25,839 | $495.00 |
| 48 months time on title | $27,222 | $521.50 |
| 54 months time on title | $28,658 | $549.00 |
| 60 months time on title | $30,172 | $578.00 |

| New Media Account Executive – Premise | Annualized | Weekly Rate |
|---|---|---|
| | $35,000 | $673.00 |

Pension Band (135)

AT&T 00316

* The Account Representative title is the entry-level job classification for all listed sales positions. After twenty-four (24) months time-on-title Account Representatives will be promoted to the title of Account Executive within their respective sales channel.

For purposes of calculating the wage rates only, time on title is credited for time earned in any of the above list sales positions

AT&T 00317

EXHIBIT C

## SALES COMPENSATION

As used in this exhibit, the term employee shall mean regular or temporary employees assigned to the title classifications of:

>Account Executive - Premises
>Account Executive - Telephone
>Account Representative - Premises
>Account Representative – Telephone
>New Media Account Executive - Premises

### I. Base Wages.

A weekly base wage will be paid to employees as defined in Exhibit A.

### II. Account Assignment.

The Company agrees to assign accounts in quantities sufficient to keep employees fully occupied within the limits of the market, consistent with competition and the needs of the business. It is mutually agreed that this section shall not be construed, as meaning assignments will be equal.

### III. Renewal Commissions –

**A.** Fixed Renewal Commissions

Subject to Paragraph VII, Chargebacks, an employee shall be paid commission on revenue renewed as follows:

AT&T 00321

**EXHIBIT C**

**Account Executive Premise/Account Representative
Premise/New Media Account Executive Premise**

| Renewal Percentage | Renewal Rate |
|---|---|
| Less than 90% | 12.0% |
| 90% - less than 100% | 15.0% |
| 100% - less than 102.5% | 20.0% |
| 102.5% - less than 105% | 30.0% |
| 105% - less than 110% | 40.0% |
| 110% and above | 50.0% |

**Account Executive Telephone/Account Representative
Telephone**

| Renewal Percentage | Renewal Rate |
|---|---|
| Less than 90% | 12.0% |
| 90% - less than 100% | 15.0% |
| 100% - less than 102.5% | 20.0% |
| 102.5% - less than 105% | 30.0% |
| 105% - less than 110% | 40.0% |
| 110% and above | 50.0% |

IV. **Advertiser Increase Commissions -**
Subject to Paragraph VII, Chargebacks, an employee shall be paid
advertiser increase commissions based on cumulative annual
advertiser increase. Commission rates increase as annual advertiser
increase sales exceed listed hurdles and will be applied to future
sales but will not be retroactive to previous sales in the first year as
follows:

AT&T 00322

**EXHIBIT C**

**Account Executive Premise/Account Representative Premise/New Media Account Executive Premise**

| Total Increase to Advertiser Return | Advertiser Increase |
|---|---|
| Less Than 6,801 | 85% |
| 6,801 – 11,336 | 110% |
| 11,337 -15,872 | 135% |
| 15,873 – 20,409 | 185% |
| 20,410 and above | 205% |

**Account Executive Telephone/Account Representative Telephone**

| Total Increase to Advertiser Return | Advertiser Increase |
|---|---|
| Less Than 4,386 | 85% |
| 4,386 -7,311 | 110% |
| 7,312 – 10,238 | 135% |
| 10,239 – 13,165 | 185% |
| 13,166 and above | 205% |

V.  **New Install and Non-Advertiser Sales.**
Subject to Paragraph VII, Chargebacks, an employee shall be paid new install and non-advertiser commissions based on cumulative annual new install and non-advertiser sales. Commission rates increase as annual new install and non-advertiser sales exceed listed hurdles and will be applied to future sales but will not be retroactive to previous sales in the first year as follows:

AT&T 00323

EXHIBIT C

**Account Executive Premise/Account Representative Premise/New Media Account Executive Premise**

| Total New Install and Non-Advertiser Return | New In and Non-Ad |
|---|---|
| Less Than 4,500 | 100% |
| 4,500 – 7,999 | 150% |
| 8,000 – 11,499 | 200% |
| 11,500 – 14,999 | 250% |
| 15,000 and above | 300% |

**Account Executive Telephone/Account Representative Telephone**

| Total New Install and Non-Advertiser Return | New In and Non-Ad |
|---|---|
| Less Than 4,000 | 100% |
| 4,000 – 5,999 | 150% |
| 6,000 – 7,999 | 200% |
| 8,000 – 9,999 | 250% |
| 10,000 and above | 300% |

## VII. Chargebacks.

### A. Cause of Chargebacks.

An employee's renewal commission and gross commissions' earnings are subject to reduction in accordance with the following conditions:

1. An account disconnects within 90 days of the publication date or before the publication date.

2. A contract for directory advertising sold by such employee is modified or canceled prior to publication and the actual advertising is completely or partially canceled.

AT&T 00324

**EXHIBIT C**

3. An advertiser's actual monthly rate is adjusted at any time by the Company during the life of the directory, due to any error, mistake, omission or misunderstanding caused by the employee.

4. The company may elect to chargeback commissions for an error, mistake, omission or misunderstanding not caused by the employee, only when that error, mistake, omission or misunderstanding results in an overstatement of revenue sold. If the company elects to chargeback commissions, assigned revenue for the next issue will be adjusted by the amount of the overstatement.

   All other errors, mistakes, omissions or misunderstandings not caused by the employee will not result in a chargeback.

5. At the end of the life of the directory, 100% chargeback will occur if less than two (2) months of the total billing is collected.

**B. Effect on Commissions.**
Renewal, advertiser increase, new install and non-advertiser commission chargebacks will be applied, based on the renewal, advertiser increase, new install and non-advertiser rates paid at the time of the sale.

**C. Time Period Limit.**
Chargebacks shall be limited to twenty-four (24) months from the issue date of the directory.

AT&T 00325

**EXHIBIT C**

**VIII. Average Commissions/Average Earnings.**

The average daily commission rate shall be calculated by dividing total renewal commission paid plus total gross commissions paid during the prior calendar year by 260 days.

A. Total renewal commission paid and total gross commissions paid for the average commissions calculations shall exclude any average commission payments made during the prior calendar year.

B. The average daily earnings rate is the sum of the daily average commission rate at the time of the average commission calculation plus the applicable daily base wage rate and is limited to payment for disability, jury duty after seven calendar days, military leave, joint Union-Management time and special assignments as determined by the Company. Average daily earnings rate will be capped as follows:

| | |
|---|---|
| Account Executive - Premise | $300 |
| Account Executive - Telephone | $200 |
| | |
| Account Representative - Premise | $290 |
| Account Representative – Telephone | $190 |
| | |
| New Media Account Executive - Premise | $300 |

C. The average commissions' rate will be effective for the first full payroll period of the calendar year.

AT&T 00326

**EXHIBIT C**

**IX.  New Hire /New Media Account Executive –**
**Premise Gate Adjustment.**

**New Hire:**
For employees hired after the start of the annual commission cycle,
the starting point in the gate structure may be adjusted.
Commissions will not be paid on this adjustment. The amount of the
adjustment will be dependent upon the date of hire, and will be for
the initial sales cycle only.  Adjustments will be made as follows:

| If the employee hire date falls between: | Employee will start cycle in the: |
| --- | --- |
| April to July | Second Hurdle |
| August to November | Third Hurdle |
| All Other Dates | No Adjustment |

**Increase to Advertiser Adjustment:**

| Premise | Telephone |
| --- | --- |
| Second Hurdle $6,801 | Second Hurdle  $4,386 |
| Third Hurdle   $11,336 | Third Hurdle    $7,311 |

**New Install and Non-Advertiser Adjustment:**

| Premise | Telephone |
| --- | --- |
| Second Hurdle  $4,500 | Second Hurdle  $4,000 |
| Third Hurdle    $7,999 | Third Hurdle    $5,999 |

**New Media Account Executive – Premise:**
For New Media Account Executive – Premise the starting point in
the gate structure will be adjusted.  Commissions will not be paid
on this adjustment. Adjustments will be made as follows:

**New Install and Non-Advertiser Adjustment:**

Third Hurdle  $7,999

AT&T  00327

**EXHIBIT C**

**SMARTPAGES Commission**

Subject to paragraph VII, chargebacks, an employee shall be paid commission for monthly SmartPages sales based on Exhibit C, Section III, Section IV, and Section V.

AT&T 00328

August 15, 2010

Ms. Monica Hogan
International Representative
Communications Workers of America, AFL-CIO
20525 Center Ridge Rd., Suite 700
Cleveland, Ohio 44116

RE: Sales Compensation Review

Dear Ms. Hogan:

During the 2010 collective bargaining the Union and Company discussed the various components of the Sales Compensation Plan and its impact upon corporate revenue, customer service and the sales force.

In this regard, the Company agrees that it will continue to periodically review the motivational aspects of sales compensation with respect to revenue maintenance, growth and the impact on sales compensation earnings.

Should the Company and the Union mutually agree during the term of the current agreement that modifications to the Sales Compensation Plan are warranted, the Company and Union will commence negotiations at a mutually agreed upon time.

Sincerely,

Gary R. Winkler
For Ameritech Publishing, Inc.


Monica Hogan
For Communications Workers of America

AT&T 00338

August 15, 2010

Ms. Monica Hogan
International Representative
Communications Workers of America, AFL-CIO
20525 Center Ridge Rd., Suite 700
Cleveland, Ohio 44116

RE: Revenue Retention Guarantee

Dear Ms. Hogan:

In an effort to provide revenue opportunities for its sales executives, the Company agrees that the overall existing average revenue per sales executive will be maintained at the following levels whenever practicable over the life of the contract: Premise – $600,000 and Telephone – $200,000.

The parties further agree that the Company may increase or decrease these levels based on the overall revenue growth, competition and the needs of the business.

Sincerely,

Gary R. Winkler
For Ameritech Publishing, Inc.


Monica Hogan
For Communications Workers of America

AT&T 00339

August 15, 2010

Ms. Monica Hogan
International Representative
Communications Workers of America, AFL-CIO
20525 Center Ridge Rd., Suite 700
Cleveland, Ohio 44116

RE: Flextime

Dear Ms. Hogan:

During the collective bargaining process in 2010, the subject of Flextime was discussed. It was jointly agreed by both the Union and Management that a sincere effort by both parties should be continued to make flextime as usable and effective as possible.

In this regard, Management has set forth guidelines to be followed in administering flextime.

Following is a summary:

- Core starting hours may be between 6:30 a.m. and 9:00 a.m. based on a forty (40) hour workweek.

- Core ending hours may be between 3:00 p.m. and 5:30 p.m.

- Individual starting and ending times will be worked out on a local basis.

- Lunch hours may be one half (1/2) hour, one (1) hour or one and one-half (1-1/2) hours.

- The current use of one-half (1/2) day vacations will continue to be observed.

AT&T 00362

- Employees' individual "Flextime" schedules must be maintained from payroll period to payroll period, and must remain in force through the end of the particular payroll period.

The Union recognizes the right of Management to set hours of work to meet the needs of the business. Accordingly, the Company will periodically review the impact of the guidelines. If the Company concludes that the arrangement adversely affects productivity, creates inefficiencies or results in employee abuse, it will discuss its finding with the Union in an attempt to arrive at a mutually satisfactory resolution to address the problem(s). If the problem identified by the Company is not remedied within a reasonable period of time after the first discussion with the Union, it will implement appropriate changes after giving the Union notice.

Sincerely,

Gary R. Winkler
For Ameritech Publishing, Inc.


Monica Hogan
For Communications Workers of America

AT&T 00363

August 15, 2010

Ms. Monica Hogan
International Representative
Communications Workers of America, AFL-CIO
20525 Center Ridge Rd., Suite 700
Cleveland, Ohio 44116

RE: Four Day Workweek

Dear Ms. Hogan:

In certain administrative work units or work groups, it may be beneficial to the employees and in the best interest of the business to establish a four-day schedule as a normal workweek. Accordingly, where the Company and the Union agree, the number of hours which presently constitute a normal five-day workweek schedule will be scheduled in equal amounts over four days.

Differential payments for evening and night work shall not be made unless some or all of the hours which would otherwise constitute a normal workday if scheduled over five days fall within the period of time for which such differential is paid, in which event differential payments shall be made in accordance with the agreement.

Subject to the paragraph above and before implementing a four-day schedule in any work group, Management and the Union will establish the parameters and implementation procedures for such four-day workweek. The following guidelines may be utilized:

AT&T 00364

**(a)** An employee must be scheduled for a four-day week at the beginning of a week and remain on this schedule for entire week.

**(b)** All paid or non-paid absence days (sickness, excused work days, day at a time vacation) within a week in which the employee is scheduled for four ten-hour days will be treated as ten-hour days.

**(c)** A week in which a paid holiday falls shall be scheduled as a five-day, eight-hour a day workweek.

**(d)** An employee can be granted a week's vacation in increments of four (4) days at ten (10) hours a day to equate to forty (40) hours of paid vacation or reschedule the week as a five-day, eight-hour a day workweek. If an employee has not taken all entitled vacation using four ten-hour day scheduling, the remaining vacation day(s) will be treated as eight-hour days.

**(e)** An employee who becomes ill and the illness extends to disability will remain on the schedule last worked until the employee is able to return to work.

**(f)** No daily overtime payment shall be made for any of the hours worked which constitute the normal workweek, even though scheduled over four days.

**(g)** There will be no restrictions regarding which four days in a week will be scheduled, except that at least two nonscheduled days must be consecutive.

**(h)** All training will be scheduled as eight-hour day shifts.

Sincerely,

Gary R. Winkler
For Ameritech Publishing, Inc.

Monica Hogan
For Communications Workers of America

AT&T 00365

August 15, 2010

Ms. Monica Hogan
International Staff Representative
Communications Workers of America
20525 Center Ridge Road
Suite 700
Cleveland, OH  44116

RE:  Illness Paid Cap

Dear Ms. Hogan:

During the 2010 bargaining, the Company and the Union had lengthy
discussion regarding Illness paid time.  As a result of the collective
bargaining negotiations the Company and the Union agree that illness
paid time for employees hired after August 15, 2010 shall be as follows:

Payments for absence due to personal illness which occurs during the
interval beginning with the first partial day of absence and ending with
the seventh full calendar day (initial 7 day period) will be capped
according to the following:

| Years of Service as of 1st Full Day of Absence | Hours of Paid Sick Time |
| --- | --- |
| Less than two (2) Years | 24 hours annually |
| More than two (2) Years | 40 hours annually |

Sincerely,

Gary R. Winkler
For Ameritech Publishing, Inc.

Monica Hogan
For Communications Workers of America

139

August 15, 2010

Ms. Monica Hogan
International Representative
Communications Workers of America, AFL-CIO
20525 Center Ridge Rd., Suite 700
Cleveland, Ohio 44116

RE: Packaging of SMARTPAGES Commissions

Dear Ms. Hogan:

As a result of 2010 collective bargaining negotiations, the Company and
the Union agree that all SMARTPAGES contracts for an account will be
packaged with the primary directory for that account for the purposes of
calculating Renewal and Advertiser Increase. The Company will amend
the Sales Reference Guidelines to reflect this change.

Sincerely,

Gary R. Winkler
For Ameritech Publishing, Inc.


Monica Hogan
For Communications Workers of America

AT&T 00375

August 15, 2010

Ms. Monica Hogan
International Staff Representative
Communications Workers of America
20525 Center Ridge Road
Suite 700
Cleveland, OH 44116

RE: Sales Pension Calculations

Dear Ms. Hogan:

This letter confirms our conversation regarding the calculation of pension benefits for sales employees who retire from Ameritech Advertising Services. The Company will include average commissions received during the Plan Year in its pension calculations for sales representatives. The pension calculations will be made according to the terms of the applicable pension plan.

Sincerely,

Gary R. Winkler
For Ameritech Publishing, Inc.


Monica Hogan
For Communications Workers of America

AT&T 00376

August 15, 2010

Ms. Monica Hogan
CWA Representative
Communications Workers of America, AFL-CIO
20525 Center Ridge Road
Suite 700
Cleveland, OH 44116

RE: Exhibit C Transition

Dear Ms. Hogan:

This letter will serve to confirm the understanding reached between Ameritech Publishing, Inc. and the Communications Workers of America regarding transition from the Collective Bargaining Agreement dated August 14, 2005, to the Collective Bargaining Agreement dated August 15, 2010.

The parties agree that accounts processed prior to January 19, 2011 will be paid under the terms of Exhibit C of the Collective Bargaining Agreement dated August 14, 2005. Accounts processed on or after January 19, 2011 will be paid under the terms of Exhibit C of the Collective Bargaining Agreement dated August 15, 2010.

The parties further agree that commissions chargebacks for accounts processed prior to January 19, 2011 will be paid under the terms of Exhibit C of the Collective Bargaining Agreement dated August 14, 2005. Commission chargebacks for accounts processed on or after January 19, 2011 will be paid under the terms of Exhibit C of the Collective Bargaining Agreement dated August 15, 2010.

AT&T 00377

The parties further agree that if an account is initially processed prior to January 19, 2011 and is later re-serviced, commission payments and chargebacks will be paid under the terms of Exhibit C of the Collective Bargaining Agreement dated August 14, 2005.

Sincerely,

Gary R. Winkler
For Ameritech Publishing, Inc.


Monica Hogan
For Communications Workers of America

AT&T 00378